IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ALEXANDER W. OPPENHEIM, et al., | ) ) ) | |
| Plaintiff, | ) ) | 8:11CV437 |
| v. | ) ) | |
| KEITH M. LAMPERT, | ) ) | MEMORANDUM AND ORDER |
| Defendant. | ) ) | |

This matter is before the Court on defendant's Motion to Redact (Filing No. 10). Also pending is plaintiff's Motion to Amend (Filing No. 13) and defendant's Stipulation regarding plaintiff's Motion to Amend (Filing No. 14).

On January 12, 2012, defendant filed a Motion to Redact (Filing No. 10). In his motion, defendant asks the Court to redact his alleged residential address and age from the Complaint and plaintiff's Proof of Service. (*Id*.) Defendant asserts that, due to his duties as a police officer, his personal identifying information could be used to harm himself or his family. (*Id*.) Pursuant to Federal Rule of Civil Procedure 5.2 and NECivR 5.0.3(b), and for good cause shown, the Court will grant defendant's Motion to Redact. The clerk of the court shall seal the Complaint (Filing No. 1) and plaintiff's Affidavit and Proof of Service (Filing Nos. 6 and 6-1). All further pleadings shall be served upon defendant's counsel and shall not include defendant's personal identifying information.

On January 18, 2012, plaintiff filed a Motion to Amend his Complaint (Filing No. 13). That same day, defendant filed a Stipulation regarding plaintiff's Motion to Amend (Filing No. 14). In his Stipulation, defendant "consents to and does not oppose . . . Plaintiff's request for leave to file a Second Amended Complaint." (*Id*.) However, defendant specifically requests that in any amended complaint, plaintiff name the City of Omaha as a defendant rather than the Omaha Police Department. (*Id*.) The Court agrees that claims against the Omaha Police Department are, in all practical affect, claims against the City of Omaha. *See* Neb. Rev. Stat. §§ 14-101, 14-213. Accordingly, plaintiff's Motion to Amend and defendant's Stipulation will be granted. Plaintiff shall file an amended complaint in accordance with this Memorandum and Order on or before January 30, 2012.

IT IS ORDERED:

1. Defendant's Motion to Redact (Filing No. 10) is granted. The clerk of the court is directed to seal the Complaint (Filing No. 1) and plaintiff's Affidavit and Proof of Service (Filing Nos. 6 and 6-1). All further pleadings, including the amended complaint discussed herein, shall be served upon defendant's counsel and shall not include defendant's personal identifying information.

2. Plaintiff's Motion to Amend (Filing No. 13) and defendant's Stipulation (Filing No. 14) are granted. Plaintiff

-2-

shall file an amended complaint in accordance with this Memorandum and Order on or before January 30, 2012.

DATED this 24th day of January, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court

---

*This opinion may contain hyperlinks to other documents or Web sites.  The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the Court has no agreements with any of these third parties or their Web sites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.